SOUTHERN HARDWOOD FLOORING CORPORATION, Respondent, v. RAMSAY REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHARLES F. MILLER and Another, Respondents, v. STARZER REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

CAROLINE STERLING CURRIER, Respondent, v. 315 WEST 102ND STREET CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy and Martin, JJ.

BURT D. POWELSON, Appellant, v. MCINTOSH & SEYMOUR CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy and Martin, JJ.; Finch, J., dissents and votes to reverse and grant new trial on the ground that Exhibit H-H was improperly admitted in evidence and in his opinion cannot be said to be non-prejudicial.

BORE BORDEN, Appellant, v. ETHAN ALLEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Finch, McAvoy and Martin, JJ.

PERCY KENT COMPANY, Respondent, v. MEYER SILBERSTEIN, as Surviving Partner of the Firm of S. SILBERSTEIN & SON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent, v. PATRICK J. DUFFY, Appellant.— Order affirmed, with costs. No opinion. Present — Dowling Finch, McAvoy, Martin and Burr, JJ.

REUBEN HELLER, Appellant, v. IRVING MEYER, Doing Business under the Trade Name, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

BESSIE B. GREEN and Others, as Executors, etc., of WILLIAM GREEN, Deceased, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLO PERINO and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

THOMAS DEWITT PINCKNEY, Respondent, v. LILLA V. PINCKNEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

HENRY J. MCBRIDE, Respondent, v. LEWIS C. HOPKINS COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,140.94; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.; Martin, J., dissents and votes for reversal.